IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAY 2 6 2026
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By ___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:26CR 117 -1 |
| | : | |
| BRANDON TYSHON MILLS | : | |

The Grand Jury charges:

## COUNT ONE

1.     At all times material to this Indictment, Harikrishna Maharaj 2 LLC, doing business as Campbells Mini Mart, located at 717 East Guilford Street, Thomasville, North Carolina, was engaged in the convenience store business, an industry which affects interstate and foreign commerce.

2.     On or about March 22, 2024, in the County of Davidson, in the Middle District of North Carolina, BRANDON TYSHON MILLS did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that BRANDON TYSHON MILLS did knowingly and unlawfully take and obtain property, consisting of United States currency, belonging to Harikrishna Maharaj 2 LLC, doing business as Campbells Mini Mart, located at 717 East Guilford Street, Thomasville, North

Carolina, from the possession of an employee of the said business, against his will, by means of actual and threatened force, violence, and fear of injury, to his person; in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

On or about March 22, 2024, in the County of Davidson, in the Middle District of North Carolina, BRANDON TYSHON MILLS, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as more fully referenced in Count One of this Indictment, did knowingly carry and use, by brandishing, a firearm, that is, a Smith & Wesson 9mm handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

1. At all times material to this Indictment, SSJ Properties NC LLC doing business as 76 Stop N Shop located at 1102 National Highway in Thomasville, North Carolina, was engaged in the convenience store business, an industry which affects interstate and foreign commerce.

2. On or about March 27, 2024, in the County of Davidson, in the Middle District of North Carolina, BRANDON TYSHON MILLS did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that BRANDON TYSHON

2

MILLS did knowingly and unlawfully take and obtain property, consisting of United States currency, belonging to SSJ Properties NC LLC doing business as 76 Stop N Shop, located at 1102 National Highway in Thomasville, North Carolina, from the possession of an employee of the said business against his will by means of actual and threatened force, violence, and fear of injury, to his person; in violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR

On or about March 27, 2024, in the County of Davidson, in the Middle District of North Carolina, BRANDON TYSHON MILLS, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as more fully referenced in Count Three of this Indictment, did knowingly carry and use, by brandishing, a firearm, that is a Smith & Wesson 9mm handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FIVE

1. At all times material to this Indictment, Speedway LLC, located at 407 Randolph Street in Thomasville, was engaged in the convenience store business, an industry which affects interstate and foreign commerce.

2. On or about March 29, 2024, in the County of Davidson, in the Middle District of North Carolina, BRANDON TYSHON MILLS did

3

unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that BRANDON TYSHON MILLS, did knowingly and unlawfully take and obtain property, consisting of United States currency, belonging to Speedway LLC located at 407 Randolph Street in Thomasville, North Carolina, from the possession of an employee of the said business against her will by means of actual and threatened force, violence, and fear of injury, to her person; in violation of Title 18, United States Code, Section 1951(a).

## COUNT SIX

On or about March 29, 2024, in the County of Davidson, in the Middle District of North Carolina, BRANDON TYSHON MILLS, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as more fully referenced in Count Five of this Indictment, did knowingly carry and use, by brandishing, a firearm, that is, a Smith & Wesson 9mm handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT SEVEN

From on or about March 22, 2024, continuing up to and including on or about March 29, 2025, the exact dates to the Grand Jurors unknown, in the Counties of Davidson and Guilford, in the Middle District of North Carolina,

4

BRANDON TYSHON MILLS knowingly did possess in and affecting commerce a firearm, that is, a Smith & Wesson 9mm handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses alleged in this Indictment, the defendant, BRANDON TYSHON MILLS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and interest in and to any firearm or ammunition involved in or used in the commission of the offenses.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

    a. Smith & Wesson, Model SD9, 9mm caliber semiautomatic pistol bearing serial number EFB2052.

5

All in accordance with Title 18, United States Code, Section 924(d), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: May 26, 2026

DAN BISHOP
United States Attorney

BY: MARY ANN COURTNEY
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

6